UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CLINT ELSTON,                                    Civil No. 09-CV-3421 (PJS/AJB)

      Plaintiff,

v.                                               ORDER OF DISMISSAL

LIFE INSURANCE COMPANY OF THE
SOUTHWEST AND JAMES CUNNINGHAM,

      Defendants.

---

    Based upon the Stipulation of Dismissal filed by the parties on April 6, 2010 [Civil Docket No. 15],

    IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: April 6, 2010                             s/Patrick J. Schiltz
                                                                     Patrick J. Schiltz
                                                                   United States District Judge